UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CAROL P. KELLEY**                                                                                      **PLAINTIFF**

v.                                                   **CASE NO. 4:09-CV-00299 BSM**

**REGIS CORPORATION, d/b/a**
**Smart Style Hair Salon; MARY**
**SENKBEIL; CARA CONNER;**
**and AMY SADDLEFIELD**                                                                **DEFENDANTS**

## ORDER

Plaintiff filed her complaint and motion to appoint counsel in this case on April 22, 2009. The motion to appoint counsel was referred to United States Magistrate Judge J. Thomas Ray. Magistrate Judge Ray granted the motion on June 1, 2009, and appointed Kathy W. Goss to represent plaintiff. On June 10, 2009, defendants Cara Conner and Mary Senkbeil filed motions to dismiss. Kathy Goss moved to withdraw as counsel for plaintiff on June 15, 2009. The motion was granted on July 2, 2009, and Odette B. Woods was appointed, but she has now moved to withdraw as counsel.

Responses to the motions to dismiss were due on June 24, 2009. Due to the withdrawal of counsel, the court will extend the deadline to respond to the motions to dismiss 45 days from the date an attorney, who remains counsel for plaintiff during such time, is appointed.

IT IS SO ORDERED this 11th day of August, 2009.

_____
UNITED STATES DISTRICT JUDGE