UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CAROL P. KELLEY**                                                                                          **PLAINTIFF**

v.                                           **CASE NO. 4:09-CV-00299 BSM**

**REGIS CORPORATION, d/b/a
Smart Style Hair Salon; MARY
SENKBEIL; CARA COMER;
and AMY SADDLEFIELD**                                                                      **DEFENDANTS**

## ORDER

In her motion to dismiss (Doc. No. 18), defendant Cara Comer informs the court that she has been incorrectly identified as "Cara Conner." Plaintiff Carol P. Kelly has no objection to correcting the error.

Accordingly, the Clerk's office is directed to correct defendant's name from Cara Conner to Cara Comer. The parties are directed to use the style of the case above in future pleadings.

IT IS SO ORDERED this 2nd day of September, 2009.

_____
UNITED STATES DISTRICT JUDGE