## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**CAROL P. KELLEY,**

    **Plaintiff,**

**v.**                                                                                                  **No. 4:09-cv-00299-BSM**

**REGIS CORPORATION d/b/a**
**SMART STYLE HAIR SALON,**

    **Defendant.**

___

### AGREED ORDER OF DISMISSAL WITH PREJUDICE
___

The parties hereto having resolved this matter and agreed that the Court should enter an order and judgment dismissing this case with prejudice, it is hereby ORDERED, ADJUDGED AND DECREED that this matter is hereby dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

SO ORDERED THIS 22nd DAY OF SEPTEMBER, 2010.

                                                                                   _/s/ Brian S. Miller_
                                                                                   UNITED STATES DISTRICT JUDGE

Agreed to:

| /s/ Patricia Nation | /s/ O. John Norris, III |
|---|---|
| Patricia Nation, Esq. | O. John Norris, III (TN #017504) |
| Nation Law Firm, PLLC | JACKSON LEWIS LLP |
| 5507 Ranch Drive, Suite 207 | 999 Shady Grove Road, Suite 110 |
| Little Rock, Arkansas 72223 | Memphis, Tennessee 38120 |
| Telephone: (501) 367-8529 | Telephone: (901) 462-2600 |
| Facsimile: (501) 367-8525 | Facsimile: (901) 462-2626 |
| pmnlaw@yahoo.com | norrisj@jacksonlewis.com |
| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |